467 A.2d 48

Commonwealth v. Thompson, Appellant.

Submitted June 23, 1983. Michael H. Van Buskirk, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 48

Commonwealth v. Van Zant, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted July 27, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.